IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT D. FLORO | ) | |
| Plaintiff, | ) | No. 01-538 L |
| | ) | Judge Francis M. Allegra |
| vs. | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Kathleen L. Doster as counsel for Defendant United States of America. Service of all papers by regular U.S. Mail should be made upon the following address:

Kathleen L. Doster
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0481 (phone)
(202) 305-0506 (facsimile)

All hand or overnight deliveries should be made to the following street address:

Kathleen L. Doster
U.S. Department of Justice

Environment and Natural Resources Division
General Litigation Section
601 D Street, N.W., Room 3206
Washington, D.C. 20004

Dated: May 2, 2005.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/

Kathleen L. Doster
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0481 (phone)
(202) 305-0506 (fax)
Kathleen.Doster@usdoj.gov