IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT D. FLORO, Plaintiff, v. THE UNITED STATES, Defendant. | No. 01-538 L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Pursuant to the Court's Opinion dated September 13, 2005, granting in part and denying in part Defendant's Motion for Summary Judgment, the parties respectfully submit the following joint status report proposing a schedule for pretrial filings and trial in this matter.

The Parties state:

1. Pursuant to the Court's September 13, 2005 Opinion, the parties conducted additional settlement discussions, which were unsuccessful.

2. Plaintiff is submitting a motion pursuant to the Rules of the Court of Federal Claims § 54(b), concurrently with this Joint Status Report. Plaintiff is seeking the entry of a final judgment on Plaintiff's regulatory takings claim and a stay of Plaintiff's physical takings claim, so that Plaintiff may immediately appeal the part of the Opinion granting summary judgment in favor of Defendant on Plaintiff's regulatory takings claim. As will be explained in the motion, for

purposes of judicial economy and economy for the parties, Plaintiff is seeking a Rule 54(b) certification as to the Court's decision on the regulatory takings claim so that an immediate appeal can be taken. Defendant does not take a position on Plaintiff's motion at this time but is reserving its position until it has reviewed Plaintiff's motion.

3. The parties conferred regarding the pre-trial and trial schedule. In the event that the Court denies Plaintiff's motion, the parties reached agreement as to proposed dates for briefing motions in limine and for trial, which are as follows:

| | |
|---|---|
| Motions in limine to be filed by: | February 7, 2006 |
| Oppositions to motions in limine to be filed by: | February 21, 2006 |
| Replies to motions in limine to be filed by: | February 28, 2006 |
| Trial: | May 2006 |

The parties' positions differ in other respects and are set forth below.

4. Defendant respectfully requests that in addition to the dates above, the Court establish the following deadlines as well, in accordance with Appendix A to the Rules of the Court of Federal Claims:

| | |
|---|---|
| Plaintiff's Memorandum of Contentions of Law and Fact (Revised), Witness List (Revised), Exhibit List (Revised): | December 9, 2005 |
| Defendant's Memorandum of Contentions of Law and Fact (Revised), Witness List (Revised), Exhibit List (Revised): | January 20, 2006 |
| Pre-Trial Conference: | April 2006 |

Although the parties previously filed memoranda and witness and exhibit lists, Defendant believes that because the focus of Plaintiff's case to date has been Plaintiff's alleged regulatory

takings claim, revised filings are necessary to frame the issues and expected evidence more concisely in light of the Court's September 13, 2005 Opinion. Defendant is unclear as to what Plaintiff's contentions are concerning the alleged physical takings claim, what witnesses Plaintiff intends to call concerning Plaintiff's alleged physical takings claim, and what exhibits Plaintiff intends to use at trial to prove its alleged physical takings claim. Defendant believes that a majority of the witnesses and majority of exhibits already submitted in this case will be irrelevant to Plaintiff's physical takings claims, and therefore should be withdrawn, since the Court has dismissed Plaintiff's regulatory takings claim.

5. Plaintiff feels Appendix A has already been complied with and therefore does not wish to file revised Memorandum of Contentions of Law and Fact, revised witness lists, or revised exhibit lists.

6. Counsel for Defendant has conferred with Counsel for Plaintiff who has authorized Counsel for Defendant to file this Joint Status Report on behalf of both parties.

Dated: October 14, 2005

by Kathleen Doster

Thomas Sobecki

THOMAS A. SOBECKI
520 Madison Ave., Suite 811
Toledo, OH 43604
Tel. (419) 242-9908
Fax (419) 242-9937

*Attorney for Plaintiff Kent D. Floro*

KELLY A. JOHNSON
Acting Assistant Attorney General

Kathleen Doster

KATHLEEN L. DOSTER
BRIAN C. TOTH
General Litigation Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Tel. (202) 305-0481 / 305-0639
Fax (202) 305-0506

*Attorneys for Defendant United States*

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2005, I caused to be placed in regular mail, postage prepaid a copy of the foregoing **Joint Status Report** addressed as follows:

Thomas A. Sobecki
520 Madison Avenue
Suite 811
Toledo, Ohio 43604

Felicia Lesesne
FELECIA A. LESESNE