Electronically filed on November 16, 2005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT D. FLORO,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 01-538 L<br><br>Judge Francis M. Allegra |

**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant in the above case hereby gives notice of the substitution of Brian C. Toth for Kathleen L. Doster as counsel of record on Defendant's behalf. Service of all papers by regular U.S. Mail should be made upon the following address:

Brian C. Toth
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight deliveries should be made to the following street address:

Brian C. Toth
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section

601 D St. N.W., 3rd Floor
Washington, D.C. 20004

Mr. Toth can be reached by telephone at (202) 305-0639 and by facsimile at (202) 305-0506. Mr. Toth's email address is brian.toth@usdoj.gov.

Dated: November 16, 2005

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General

/s Brian C. Toth
BRIAN C. TOTH
Trial Attorney
General Litigation Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0506

Attorney for Defendant United States

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2005, I caused a copy of the foregoing DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Alva Sobecki
tsobecki@tomsobecki.com

/s Brian C. Toth
BRIAN C. TOTH
Attorney for Defendant United States