IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT D. FLORO, Plaintiff, | No. 01-538 L |
| v. | Judge Francis M. Allegra |
| THE UNITED STATES, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 30, 2006 (Doc. # 96), the parties respectfully submit the following joint status report proposing a trial date in this matter.

The Parties state:

1. The parties have conferred regarding the pre-trial and trial schedule. The parties suggest that, subject to the Court's approval and as convenient with the Court's schedule, trial should occur beginning September 18, 2006. Trial is anticipated to last not longer than 5 days and, as previously ordered by the Court, would occur in Toledo, Ohio.

2. The parties also propose the following dates for briefing motions in limine, which are as follows:

| | |
|---|---|
| Motions in limine to be filed by: | June 9, 2006 |
| Oppositions to motions in limine to be filed by: | June 23, 2006 |
| Replies to motions in limine to be filed by: | June 30, 2006 |

The parties' positions differ in other respects and are set forth below.

4. Defendant respectfully requests that in addition to the dates above, the Court establish the following deadlines in accordance with Appendix A to the Rules of the Court of Federal Claims:

| | |
|---|---|
| Plaintiff's Memorandum of Contentions of Law and Fact (Revised), Witness List (Revised), Exhibit List (Revised): | April 28, 2005 |
| Defendant's Memorandum of Contentions of Law and Fact (Revised), Witness List (Revised), Exhibit List (Revised): | May 26, 2006 |
| Pre-Trial Conference: | August 7, 2006 (or other date convenient for the Court) |

Although the parties previously filed memoranda and witness and exhibit lists, Defendant believes that because the focus of Plaintiff's case to date has been Plaintiff's alleged regulatory takings claim, revised filings are necessary to frame the issues and expected evidence more concisely in light of the Court's September 13, 2005 Opinion. Defendant is unclear as to what Plaintiff's contentions are concerning the alleged physical takings claim, what witnesses Plaintiff intends to call concerning Plaintiff's alleged physical takings claim, and what exhibits Plaintiff intends to use at trial to prove its alleged physical takings claim. Defendant believes that a majority of the witnesses and majority of exhibits already submitted in this case will be irrelevant to Plaintiff's physical takings claims, and therefore should be withdrawn, since the Court has dismissed Plaintiff's regulatory takings claim.

5. Plaintiff feels Appendix A has already been complied with and therefore does not wish to file revised Memorandum of Contentions of Law and Fact, revised witness lists, or revised exhibit lists.

6. Counsel for Defendant has conferred with Counsel for Plaintiff who has authorized Counsel for Defendant to file this Joint Status Report on behalf of both parties.

Dated: February 22, 2006

by Brian C. Toth w/permission

THOMAS A. SOBECKI
520 Madison Ave., Suite 811
Toledo, OH 43604
Tel. (419) 242-9908
Fax (419) 242-9937

*Attorney for Plaintiff Kent D. Floro*

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

BRIAN C. TOTH
KATHLEEN L. DOSTER
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0639 / 305-0481
Fax (202) 305-0506

*Attorneys for Defendant United States*