# In The United States Court of Federal Claims

No. 01-538L

(Filed: March 6, 2006)

---

KENT D. FLORO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 6, 2006, a telephonic status conference was held in this case. Participating in the conference were Thomas A. Sobecki, on behalf of plaintiff, and Brian Toth on behalf of defendant. In accordance with the discussion held therein, the court adopts the following schedule:

1. On or before May 1, 2006, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial, pursuant to RCFC, Appendix A, ¶ 13.

2. On or before June 1, 2006, plaintiff shall file the following:

   (a) His Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority, pursuant to Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

3. On or before July 7, 2006, defendant shall file the following:

   (a) Its response to plaintiff's Memorandum of Contentions of Fact and Law, pursuant to Appendix A, ¶ 14(b).

   (b) A separate statement setting forth its list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth its list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

4. A pre-trial conference will be held telephonically in this case on July 31, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

5. Trial shall commence on August 21, 2006, in Toledo, Ohio, at a location to be determined.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge