IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT D. FLORO, | ) | |
| Plaintiff, | ) | No. 01-538 L |
| | ) | Judge Francis M. Allegra |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT CERTIFICATION**
**MEETING OF COUNSEL - MAY 1, 2006**

Pursuant to the Rules of the Court of Federal Claims ("RCFC") Appendix A ¶ 13(d), Plaintiff and Defendant jointly file this certification, verifying that they have met and accomplished all matters required by RCFC Appendix A ¶ 13.

Pursuant to the Court's March 6, 2006, Order, and RCFC Appendix A ¶ 13, the parties conferred over the telephone, discussed exhibit and witness lists, and accomplished all required matters under RCFC Appendix A ¶ 13.

Respectfully submitted this 8th day of May, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

Thomas A. Sobecki by Brian C. Toth with permission

THOMAS A. SOBECKI
520 Madison Avenue, Suite 811
Toledo, Ohio 43604
Telephone: (419) 242-9908
Facsimile: (419) 242-9937

*Attorney of Record for Plaintiff*

/s/ Brian C. Toth

BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.c. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0506

*Attorney of Record for Defendant United States*