IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Kent D. Floro, | Case No. 01-538 L |
| Plaintiff, | Judge Francis M. Allegra |
| vs. | PLAINTIFF'S WITNESS LIST |
| The United States, | |
| Defendant. | |

Plaintiff Kent D. Floro, by and through his attorney, Thomas A. Sobecki, pursuant to the Order filed March 6, 2006 and RCFC, Appendix A, paragraph 15, submits his witness list as follows:

WITNESSES PLAINTIFF EXPECTS TO PRESENT

Clifford Biggert

Topics to be addressed in the expected testimony: ordinance in and around Floro Marina property; source of the ordinance; interaction with defendant's agents as it relates to the ordinance.

Estimated time needed for direct examination: 45 minutes.

Rod Biggert (8480 W. Gengman Rd., Oak Harbor, Ohio 43449, 419-898-4906)

Topics to be addressed in the expected testimony: observed presence of defendant's agents at Floro's Marina as it relates to the ordinance at the marina and involved in their (defendant's agents) presence as a local law enforcement officer; observed defendants removing ordinance from Floro's Marina.

Estimated time needed for direct examination: 30 minutes.

Michael S. Cover

Topics to be addressed in the expected testimony: ordinance on Floro Marina property; damages.

Estimated time needed for direct examination: 30 minutes.

Tom Farris

Topics to be addressed in the expected testimony: specific knowledge of kinds of ordinance and their dangers; ordinance on Floro Marina property; damages.

Estimated time needed for direct examination: 45 minutes.

Darryl Floro

Topics to be addressed in the expected testimony: ordinance on Floro Marina property; damages; background material on ownership; source of the ordinance; defendant's knowledge of the ordinance.

Estimated time needed for direct examination: 1 hour.

Kent Floro

Topics to be addressed in the expected testimony: ordinance on Floro Marina property; reporting to the ordinance to defendant's agents; background material on ownership; source of the ordinance; damages.

Estimated time needed for direct examination: 3 hours.

Charles Herdendorf, Ph.D.

Topics to be addressed in the expected testimony: expert testimony on liability and damages. *See* his report.

Estimated time needed for direct examination: 3.5 hours

Leroy Hushak

Topics to be addressed in the expected testimony: expert testimony on damages. *See* his report and deposition testimony.

Estimated time needed for direct examination: 1 hour

Thomas D. Kitz

Topics to be addressed in the expected testimony: expert testimony on damages. *See* his report and deposition testimony.

Estimated time needed for direct examination: 2 hours.

Nancy Martin

Topics to be addressed in the expected testimony: ordinance in and around Floro Marina; actions by defendant's agents in regards to the dangers as a result of the presence of the ordinance; damages.

Estimated time needed for direct examination: 30 minutes.

John McCarthy

Topics to be addressed in the expected testimony: source of the ordinance; information issued by

defendant to the public concerning ordinance; knowledge about ordinance in and about Floro Marina property.

Estimated time needed for direct examination: 1 hour.

Christopher Moore

Topics to be addressed in the expected testimony: ordinance on Floro Marina property; defendant's knowledge of the ordinance; source of the ordinance; damages.

Estimated time needed for direct examination: 30 minutes.

Bill Vogt

Topics to be addressed in the expected testimony: ordinance on Floro Marina property; source of the ordinance; damages.

Estimated time needed for direct examination: 30 minutes.

WITNESSES PLAINTIFF MAY CALL IF THE NEED ARISES

Custodian of records concerning 731st Ordnance Company Explosive Ordnance Incident Report (Exhibit 20).

Topics to be addressed in the expected testimony: authentication and admissibility of Exhibit 20.

Estimated time needed for direct examination: 20 minutes.

Sophie Fitek Baj

Topics to be addressed in the expected testimony: identification and authentication of exhibits.

Estimated time needed for direct examination: 30 minutes

Wayne Galloway

Topics to be addressed in the expected testimony: defendant's agent who has information as to the adverse impact on Floro's Marina due to the presence of ordinance.

Estimated time for direct examination: 30 minutes.

Mark Mugler

Topics to be addressed in the expected testimony: reviewed study prepared by defendant that indicated the possibility of economic ruin and loss of insurance for Tousaint River businesses, including Floro's Marina, and that he suggested this be deleted to save defendant from being embarassed.

Estimated time needed for direct examination: 45 minutes.

Plaintiff reserves the right to call other witnesses previously identified.

Respectfully submitted,

/s/ Thomas A. Sobecki

Thomas A. Sobecki (OH-0005210)
520 Madison Avenue, Suite 811
Toledo, Ohio 43604
Telephone: 419-242-9908
Fax: 419-242-9937
E-mail: tsobecki@tomsobecki.com
Attorney for Plaintiff
Kent D. Floro

PROOF OF SERVICE

I certify that the foregoing Plaintiff's Witness List was served on opposing counsel, by the Court's electronic filing and notification system, this 1st day of June 2006.

/s/ Thomas A. Sobecki

Thomas A. Sobecki