IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Kent D. Floro, | Case No. 01-538 L |
| Plaintiff, | Judge Francis M. Allegra |
| vs. | PLAINTIFF'S EXHIBIT LIST |
| The United States, | |
| Defendant. | |

Plaintiff Kent D. Floro, by and through his attorney, Thomas A. Sobecki, pursuant to the Order filed March 6, 2006 and RCFC, Appendix, paragraph 16, submits his exhibit list as follows:

EXHIBITS THAT PLAINTIFF EXPECTS TO OFFER

Exhibit 1 - photos of the Toussaint River and ordinance

Exhibit 12 - Claim appeal with attachments dated May 30, 2001 from Kent Floro to the JAG Office

Exhibit 13 - Claim submitted on SF(% with attached letter by Kent Floro dated June 1, 2000

Exhibit 20 - Several Explosive Ordnance Incident Reports

Exhibit 21 - Notice dated August 24, 1999 issued by the USACOE

Exhibit 22 - Letter dated October 30, 2000 to Kent Floro from Senator Voinovich

Exhibit 27 - "Section 107 Initial Appraisal Report . . ." issued by the USACOE

Exhibit 29 - Excerpts from book with chapters titled "Ground-Penetrating Radar," etc.

Exhibit 47 - Additional photographs

Exhibit 61 - Brochure titled Lake Erie Walleye Fishing Guide

Exhibit 63 - Letter dated June 24, 2001 To Whom It May Concern from Harvey Cover

Exhibit 66 - Letter dated September 6, 2000 to Carroll Township Trustees from Kent Floro

Exhibit 70 - Article titled A Profile Of Lek Erie Charterboat Clients

Exhibit 74 - Local Notice To Mariners Weekly Supplement dated June 16, 1998

Exhibit 118 - Toussaint River Region Fact Sheet

Exhibit 119 - Ordnance Safety Sheet

Exhibit 122 - Local Notice to Mariners

Exhibit 135 - E-mail dated February 8 and 7, 2000

Exhibit 142 - Report

Exhibit 150 - e-mails dated September 21, 1999

Exhibit 164 - Photographs

Exhibit 205 - letter from Voinovich to Fatz dated September 18, 2000

Exhibit 206 - Letter to Voinovich from Fatz dated September 25, 2000 with attached letter

Exhibit 215 - Letter to Sophie from John dated July 12, 2000

Exhibit 218 - Memorandum to File from John McCarthy dated September 26, 191

Exhibit 220 - Meeting memorandum and other documents

Exhibit 221 - Diagram

Exhibit 223 - Memorandum to Master Diary dated October 27, 1995

Exhibit 226 - E-mail dated September 3, 1999

Exhibit 228 - Memorandum to Master Diary dated march 13, 1992 by John McCarthy

Exhibit 233 - E-mail dated July 21, 2000

Exhibit 240 - Camp Perry Firing Range, Special Firing Notice, dated January 1998

Exhibit 252 - Aerial photo of mouth of Toussaint River

Exhibit 256 - Appendix B, Photographs of Site

Exhibit 262 - recreational Watercraft Slips on the Toussaint River

Exhibit 263 - Lake Erie Walleye Fishing Guide

EXHIBITS THAT PLAINTIFF MY OFFER IF THE NEED ARISES

Exhibit 2 - Newspaper articles

Exhibit 11 - VCR tape of news program

Exhibit 14 - Letter dated September 26, 2000 to CPT Davis from Kent Floro

Exhibit 25 - Technical Report dated January 1996 titled "Beach and Underwater Occurrences .. ."

Exhibit 26 - Ordnance location document given to Kent Floro by Tim Welp

Exhibit 36 - Letter dated May 20, 2002 to Attorney Sobecki from Christopher Jones

Exhibit 37 - Additional newspaper articles

Exhibit 46 - Book titled Camp Perry Revisited 1905-1996 by Anna L. Bovia

Exhibit 67 - Article titled The Economic Contribution Of Ohio's Lake Erie Charterboat Industry

Exhibit 77 - Letter dated August 22, 2001 to Paul Billmore from LTC DeWillie

Exhibit 78 - Unsigned statement by Christopher Moore dated July 30, 2001

Exhibit 83 - Report of Dr. Herdendorf, with attachments and CV

Exhibit 84 - Report of Dr. Hushak, with attachments and CV

Exhibit 112 - Defendant's Expert Witness List and Reports

Exhibit 132 - Military Project Fact Sheet

Exhibit 162 - Hindcast Wave Information for the Great Lakes: Lake Erie

Exhibit 168 - Memorandum titled Preliminary

Exhibit 169 - Memorandum from Pope to Richart dated June 10, 1999

Exhibit 172 - Set of e-mails from Earhart to Simmons dated September 21, 1999

Exhibit 174 - Set of e-mails from Mugler to Baj dated February 8, 2000

Exhibit 175 - Toussaint River Ordnance Mitigation Study Main Report

Exhibit 176 - Instructions for handling ordnance

Exhibit 177 - Executive Summary, Main Report

Exhibit 178 - Executive Summary

Exhibit 179 - Toussaint River Ordnance Mitigation Study Main Report

Exhibit 180 - Toussaint River Ordnance Mitigation Study, Main report

Exhibit 184 - E-mail from Kiss to Welp dated march 13, 2000

Exhibit 186 - E-mail from Baj to Pope dated July 29, 2000

Exhibit 187 - E-mail fro Pope to Welp dated July 31, 2000

Exhibit 193 - Toussaint Information Meeting with the Marina Owners dated December 11

Exhibit 194 - Trip Report dated may 4, 2000

Exhibit 195 - rick Assessment procedures for Ordnance and Explosives dated June 18, 1999

Exhibit 199 - E-mails from Sticht to Baj dated October 5, 1999

Exhibit 200 - E-mail from Pope to Baj dated December 21, 1999

Exhibit 201 - E-mail from Pope to Baj dated December 21, 1999

Exhibit 202 - E-mails from Dunfee to Baj dated February 8, 2001

Exhibit 203 - E-mails first from Simmons to Belew dated July 14, 2000

Exhibit 204 - E-mails first from Simmons to Jasper dated July 25, 2000

Exhibit 206 - E-mails from Carlton to Lorence dated November 7, 2001

Exhibit 253 - Draft Report concerning movement of ordnance

Exhibit 260 - Toussaint River Ordnance Mitigation Study

Exhibit 264 - Conversation Record dated September 1999 with attached documents

Exhibit 265 - E-mail dated September 3, 1999 from John McCarthy to Sophie Baj

Exhibit 266 - Right of Entry Agreements

Exhibit 267 - E-mail dated April 22, 2002 from Robert Perrine to Sophie Baj

Exhibit 268 - E-mails first dated August 24, 1999 from mark Feierstein to George Brooks

Exhibit 269 - E-mails first dated October 31, 2002 from William Kowakewski to Sophie Baj

Exhibit 270 - E-mails first dated August 16, 1999 from Beorge Brooks to Sophie Baj

Exhibit 271 - E-mails first dated June 12, 2002 from Sophie Baj to David Conboy

Exhibit 272 - letter dated July 24, 2001 by Congressman Gillmor to LTC DeWillie with attachments

Plaintiff reserves the right to utilize other exhibits previously identified.

Respectfully submitted,

/s/ Thomas A. Sobecki

Thomas A. Sobecki (OH-0002510)
520 Madison Avenue, Suite 811
Toledo, Ohio 43604
Telephone: 419-242-9908
Fax: 419-242-9937
E-mail: tsobecki@tomsobecki.com
Attorney for Plaintiff
Kent D. Floro

PROOF OF SERVICE

I certify that the foregoing Plaintiff's Exhibit List was served on opposing counsel, by the Court's electronic filing and notification system, this 1st day of June 2006.

/s/ Thomas A. Sobecki

______________________________

Thomas A. Sobecki