IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT D. FLORO,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 01-538 L<br><br>Judge Francis M. Allegra |

**JOINT MOTION TO STAY CASE**

The parties, Plaintiff Kent D. Floro, and Defendant, United States of America, hereby jointly move to stay this case for sixty (60) days, or to and including August 28, 2006, in order to finalize a tentative settlement agreement between the parties. For the past several weeks, counsel for Plaintiff and counsel for defendant have engaged in good faith settlement negotiations in order to resolve the remaining issues in this case, and have reached a tentative agreement as to the terms of the settlement. Counsel for plaintiff and counsel for defendant have recommended the settlement agreement to their respective clients, and counsel for defendant will be seeking authorization from the Department of Justice to finalize the settlement agreement.

Therefore, in the interest of judicial economy and efficiency, the parties seek to stay the remaining proceedings in this case, including Defendant's pre-trial filings, currently due on July 7, 2006, the pre-trial conference, currently scheduled for July 31, 2006, and trial, currently scheduled for August 21, 2006, in order to allow the parties time to finalize the tentative settlement agreement. If the parties are unsuccessful in their efforts, the parties agree to

promptly file a Joint Status Report with the Court proposing dates to complete further proceedings in this case.

Counsel for defendant has conferred with counsel for plaintiff, who has authorized counsel for defendant to sign and file this motion on behalf of both parties.

Dated: June 29, 2006

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Thomas A. Sobecki

THOMAS A. SOBECKI
520 Madison Avenue, Suite 811
Toledo, Ohio 43604
Telephone: (419) 242-9908
Facsimile: (419) 242-9937

/s/ Brian C. Toth by /s/Kathleen L. Doster

BRIAN C. TOTH
KATHLEEN L. DOSTER
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0506