IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT D. FLORO,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 01-538 L<br><br>Judge Francis M. Allegra |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW, WITNESS LIST AND EXHIBIT LIST AND RESPONSE TO THE COURT'S JUNE 30, 2006 ORDER**

Defendant UNITED STATES, hereby respectfully moves for an twelve-day extension of the time, to and including July 19, 2006, to file its Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List. In support of its motion, Defendant states as follows.

1. No previous enlargements of time have been requested.

2. For the past several weeks, counsel for plaintiff and counsel for defendant have engaged in good faith settlement negotiations in order to resolve the remaining issues in this case, and have reached a tentative agreement as to the terms of the settlement. Counsel for plaintiff and counsel for defendant have recommended the settlement agreement to their respective clients, who have agreed to the tentative settlement agreement. The parties are planning to work together this week to finalize the terms of the settlement agreement and then

counsel for defendant will seek authorization from the Department of Justice to settle Plaintiff's physical takings claim. As required by the Court's June 30, 2006 Order, the parties "shall inform the court immediately if a final settlement is approved by plaintiff and the relevant Justice Department officials."

3. By this motion, defendant seeks a twelve-day extension of time to file its pre-trial filings in order to allow the parties time to finalize the tentative settlement agreement and to allow counsel for defendant additional time to draft, and obtain approval from its agency counsel, its Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List.

4. Defendant has contacted Plaintiff's counsel regarding the extension requested in this motion and has been informed that Plaintiff does not oppose the motion.

Dated: July 3, 2006

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Brian C. Toth by /s/Kathleen L. Doster

BRIAN C. TOTH
KATHLEEN L. DOSTER
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0506