IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT D. FLORO,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 01-538 L<br><br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiff, KENT D. FLORO, and Defendant UNITED STATES, hereby respectfully respond to the Court's June 30, 2006 Order denying the parties' Joint Motion to Stay Case. The Order states: "The parties shall inform the court immediately if a final settlement is approved by plaintiff and the relevant Justice Department officials. Otherwise, trial in this matter will not be stayed." The parties hereby respond:

1. The parties have reached a final settlement on Plaintiff's physical takings claim which has been approved by plaintiff and the relevant Justice Department officials.

2. The parties have filed a Stipulation For Compromise Settlement Regarding Plaintiff's Physical Takings Claim with the Court on Monday, July 17, 2006. Among other terms set out in the Stipulation, is a request that final judgment be entered.

Plaintiff's counsel has authorized counsel for Defendant to file this joint response to the Court's June 30, 2006 Order.

Dated: July 17, 2006

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Thomas A. Sobecki

THOMAS A. SOBECKI
520 Madison Ave., Suite 811
Toledo, OH 43604
Telephone: (419) 242-9908
Facsimile: (419) 242-9937

Attorney for Plaintiff Kent D. Floro

/s/ Brian C. Toth

BRIAN C. TOTH
KATHLEEN L. DOSTER
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0506

Attorney for Defendant United States