# In The United States Court of Federal Claims

No. 01-538L

(Filed: July 19, 2006)

---

KENT D. FLORO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On July 17, 2006, the parties filed a joint stipulation for compromise settlement of plaintiff's physical takings claim, wherein the parties agreed that judgment should be entered in favor of the plaintiff for $95,000, no interest. The Clerk is hereby ordered to enter judgment in favor of the plaintiff, Kent D. Floro, for $95,000 on his physical takings claim. The parties shall each bear their own costs.

Pursuant to this court's opinion of September 13, 2005, the Clerk is hereby ordered to enter judgment in favor of defendant on plaintiff's regulatory takings claim.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge