# In the United States Court of Federal Claims

**No. 01-538 L**

**KENT D. FLORO,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Joint Stipulation for Compromise Settlement Regarding Plaintiff's Physical Takings Claim, filed July 17, 2006**,** and the court's September 13, 2005 Opinion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $95,000.00 on his physical takings claim, and associated interest, fees and expenses. Each party shall bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant on plaintiff's regulatory takings claim.

Brian Bishop
Clerk of Court

**July 20, 2006** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.