United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

July 24, 2006

Thomas Alva Sobecki, Esq.
520 Madison Avenue
Suite 811
Toledo, OH 43604

In re: Kent D. Floro v. United States, No. 01-538 L

Dear Mr. Sobecki:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated July 20, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Brian C. Toth, Esq.