ORIGINAL

#065397

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 8 2006
U.S. COURT OF FEDERAL CLAIMS

Kent D. Floro,

Plaintiff,

vs.

The United States,

Defendant.

Case No. 01-538 L

NOTICE OF APPEAL

Notice is hereby given that Kent D. Floro, plaintiff, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final order and judgment entered in this action on the 19th and 20th day of July 2006 (copies attached). Plaintiff is appealing the judgment in favor of defendant on plaintiff's regulatory takings claim.

Thomas A. Sobecki
520 Madison Avenue, Suite 811
Toledo, Ohio 43604
Telephone: 419-242-9908
Fax: 419-242-9937
E-mail: tsobecki@tomsobecki.com
Attorney for Plaintiff
Kent D. Floro

Case 1:01-cv-00538-FMA Document 108 Filed 07/19/2006 Page 1 of 1

# In The United States Court of Federal Claims

No. 01-538L

(Filed: July 19, 2006)

KENT D. FLORO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 17, 2006, the parties filed a joint stipulation for compromise settlement of plaintiff's physical takings claim, wherein the parties agreed that judgment should be entered in favor of the plaintiff for $95,000, no interest. The Clerk is hereby ordered to enter judgment in favor of the plaintiff, Kent D. Floro, for $95,000 on his physical takings claim. The parties shall each bear their own costs.

Pursuant to this court's opinion of September 13, 2005, the Clerk is hereby ordered to enter judgment in favor of defendant on plaintiff's regulatory takings claim.

IT IS SO ORDERED.

s/ Francis M. Allegra
Francis M. Allegra
Judge

# In the United States Court of Federal Claims

No. 01-538 L

KENT D. FLORO,

v.

THE UNITED STATES

JUDGMENT

Pursuant to the Joint Stipulation for Compromise Settlement Regarding Plaintiff's Physical Takings Claim, filed July 17, 2006, and the court's September 13, 2005 Opinion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $95,000.00 on his physical takings claim, and associated interest, fees and expenses. Each party shall bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant on plaintiff's regulatory takings claim.

Brian Bishop
Clerk of Court

July 20, 2006 By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.

# In the United States Court of Federal Claims

---

KENT D. FLORO,

No. 01-538 L

*vs.*

THE UNITED STATES

Thomas Alva Sobecki, Esq.,
520 Madison Ave., Suite 811
Toledo, OH 43604

At the Court of Federal Claims held in the City of Washington, D.C., on the 20th day of July, A.D. 2006, judgment was entered as follows: It is ordered and adjudged this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $95,000.00 on his physical takings claim, and associated interest, fees and expenses. Each party shall bear their own costs. It is further ordered and adjudged that judgment is entered in favor of defendant on plaintiff's regulatory takings claim.

A true copy of record.

In testimony whereof I have hereunto set my hand
And affixed the seal of said Court at Washington, D.C.,
This 20th day of July, A.D. 2006.

Brian Bishop

Brian Bishop, Clerk of Court

*Attest:*

Edward J. Damich

Edward J. Damich, Chief Judge