NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
MAY 31 2007
U.S. COURT OF FEDERAL CLAIMS

2006-5132

KENT D. FLORO,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S). 01-CV-538.

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 9 2007
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and LINN, Circuit Judge):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED APR - 9 2007

Jan Horbaly, Clerk

ISSUED AS A MANDATE: MAY 31 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Valerie [signature] Date: 5/31/07